USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

              -against-                       22-CR-72 (VEC)

                                      ORDER

    OMAR MARTINEZ,
                         Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 3, 2022, the Grand Jury returned an Indictment against Mr. Martinez;

       WHEREAS Mr. Martinez has already been presented before a Magistrate Judge; and

       WHEREAS this case has been assigned to the Undersigned.

       IT IS HEREBY ORDERED that Mr. Martinez's arraignment is scheduled for **Monday, February 14, 2022 at 2:00 P.M.** The arraignment will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Date:  February 8, 2022**
      **New York, NY**