USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 22-CR-72 (VEC)
:
: <u>ORDER</u>
OMAR MARTINEZ, :
                              Defendant. :
:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 19, 2022, the Government informed the Court that it intended to produce additional material to the Defense as part of discovery;

    IT IS HEREBY ORDERED that to give the Defense more time to review the newly produced discovery, the deadline for all pre-trial motions is hereby adjourned to **Friday, April 15, 2022**, any responses are due no later than **Friday, May 6, 2022**, and any replies are due no later than **Friday, May 20, 2022**.  The hearing scheduled for Friday, May 13, 2022 at 2:00 P.M. is cancelled.  The Court will decide if a hearing on the pre-trial motions is necessary upon review of the legal briefs.

    IT IS FURTHER ORDERED that the next status conference is scheduled for **Thursday, June 16, 2022 at 11:00 A.M.**  A joint update on the status of the case is due no later than **Wednesday, June 8, 2022**.  The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  March 20, 2022**
      **New York, NY**

                        **VALERIE CAPRONI**
                        **United States District Judge**