USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
               -against-                                        :    22-CR-72 (VEC)
                                                                  :
                                                                  :            ORDER
OMAR MARTINEZ,                                                    :
                          Defendant.          :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Martinez's change-of-plea proceeding is currently scheduled for Friday, June 17, 2022 at 3:00 P.M., Dkt. 17.

    IT IS HEREBY ORDERED that, due to a conflict in the Court's calendar, the proceeding is adjourned to **Friday, June 24, 2022 at 2:30 P.M.**  The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

_____

**Date:  June 16, 2022**
       **New York, NY**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**