UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
            -against-                                       :   22-CR-72 (VEC)
                                                            :
                                                            :   ORDER
OMAR MARTINEZ,                                              :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 7, 2022, the parties appeared for a change of plea hearing;

WHEREAS Omar Martinez entered a plea of guilty to the lesser included offense of conspiring to distribute and possess with intent to distribute 40 grams and more of fentanyl (Count 1 of the Indictment), and his plea was accepted by the Court.

IT IS HEREBY ORDERED that Mr. Martinez will be sentenced on **Thursday, November 3, 2022, at 10:30 A.M.**  Pre-sentencing submissions are due no later than **Thursday, October 20, 2022**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: July 8, 2022**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**