USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022

MEMO ENDORSED

**AIELLO & CANNICK**
*Your rights • Our business*

**Robert J. Aiello**
**Deveraux L. Cannick**
_____

**Jennifer Arditi**

**Of Counsel**
     John S. Esposito
     Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

October 13, 2022

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    **United States v. Omar Martinez**
           **Docket No.:** 1:22-cr-00072-VEC

Dear Judge Caproni:

    We are the attorneys for Omar Martinez. Mr. Martinez is scheduled to be sentenced by Your Honor on November 3rd, 2022. We respectfully request that his sentence hearing be re-calendared to the second week in December. We are awaiting certain documents from his family in Mexico. Please know that the Assigned Assistant United States Attorney, Kevin Mead, consents to our application.

    Thank you in advance for your consideration.

                         Very truly yours,

                         */s/ Deveraux L. Cannick*

                         Deveraux L. Cannick

DLC/mw
cc:     AUSA Kevin Mead, via email

Application GRANTED.  The sentencing hearing in this matter is rescheduled for **Monday, December 12, 2022, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.   The parties' sentencing submissions are due no later than **November 28, 2022**.

SO ORDERED.

*[Signature]*   10/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE