U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

**MEMO ENDORSED**

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:** *United States v. Martinez*, **22 Crim. 72 (VEC)**

Dear Judge Caproni:

    The Government writes to request that the Court adjourn the deadline for the parties' sentencing submissions from Monday, November 28 until Wednesday, November 30, 2022.

    Sentencing in this case is set for December 12, 2022. The Probation Office has not yet submitted a final PSR in this case, and has informed the Government that it expects to submit the final PSR on or about November 29. The Government requests the two-day adjournment of the deadline for sentencing submissions so that the parties have the benefit of a final PSR. Defense counsel does not object to the request.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

Application GRANTED.

SO ORDERED.

*[signature]*
11/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

CC: John Esposito and Deveraux Cannick, counsel for Omar Martinez (via ECF)