USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :   22-CR-72 (VEC)
                                                               :
                                                               :   ORDER
                                                               :
OMAR MARTINEZ,                                                 :
                                          Defendant.           :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Martinez is currently scheduled to be sentenced on **December 12, 2022**; and

WHEREAS this date is no longer convenient for the Court.

IT IS HEREBY ORDERED that the sentencing hearing in this matter is rescheduled for **January 17, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: December 5, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**